UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Antonio Treyvll McGraw-Williams,

        Petitioner,

v.

United States of America,

        Respondent.

File No. 26-cv-2419 (ECT/DLM)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

_____

Petitioner Antonio Trevyll McGraw-Williams commenced this action pro se by filing a petition for a writ of habeas corpus.  Pet. [ECF No. 1].  The case is before the Court on a Report and Recommendation [ECF No. 4] issued by Magistrate Judge Douglas L. Micko.  Judge Micko recommends: (1) denying McGraw-Williams's petition without prejudice because McGraw-Williams may not seek habeas corpus relief while his criminal proceedings remain ongoing; (2) denying McGraw-Williams's application to proceed *in forma pauperis* [ECF No. 2]; and (3) restricting McGraw Williams from initiating new litigation in this District that seeks to commence a new proceeding challenging the legality of his criminal prosecution, conviction, or eventual sentence, unless he is represented by counsel or receives advance permission of a judicial officer of this District.  *See* R&R. McGraw-Williams filed objections to the Report and Recommendation.  *See* ECF Nos. 5, 6. McGraw-Williams's objections mean the Report and Recommendation is reviewed de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3).  I have undertaken that de novo review and agree with Judge Micko's analysis and conclusions.

Therefore, based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Objections to the Report and Recommendation [ECF Nos. 5, 6] are **OVERRULED**;

2.      The Report and Recommendation [ECF No. 4] is **ACCEPTED** in full;

3.      Petitioner Antonio Trevyll McGraw-Williams's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE**;

4.      The application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**; and

5.      Petitioner Antonio Trevyll McGraw-Williams is restricted from initiating new litigation in the United States District Court, District of Minnesota, that seeks to commence a new proceeding challenging the legality of his criminal prosecution, conviction, or eventual sentence, unless he is represented by counsel or receives advance permission of a judicial officer of this District.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2025                          s/ Eric C. Tostrud
                                              Eric C. Tostrud
                                              United States District Court

2